UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GUDELL SINGLETARY

-vs-                                                     Case No.  8:98-cr-433-T-24

UNITED STATES OF AMERICA

_____/

## ORDER

This cause comes before the Court on Petitioner's Motion to Amend PSI.  (Doc. No. 611).  The PSI Report in this case was prepared in 1999 at the time of sentencing.  This Court does not amend PSI Reports after sentencing, and it certainly will not do so when the PSI Report was created more than ten years ago.  Accordingly, it is ORDERED AND ADJUDGED that the motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 16th day of September, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record